1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  BONNY E. SWEENEY (176174)
   KATHERINE A. MALCOLM (243135)
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  bonnys@csgrr.com
   kmalcolm@csgrr.com
6
   TROUTMAN SANDERS LLP
7  JASON S. HARTLEY (192514)
   550 West B Street, Suite 400
8  San Diego, CA 92101
   Telephone: 619/235-4040
9  619/231-8796 (fax)
   jason.hartley@troutmansanders.com
10
   Plaintiffs' Interim Co-Lead Counsel
11
   [Additional counsel appear on signature page.]
12
                    UNITED STATES DISTRICT COURT
13
                    CENTRAL DISTRICT OF CALIFORNIA
14
                          WESTERN DIVISION
15

| In re AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | ) ) ) ) ) | No. 2:09-ml-02007-GW(PJWx)<br><br>JOINT FEDERAL RULE OF CIVIL PROCEDURE 26(F) REPORT |
|---|---|---|

Pursuant to Federal Rule of Civil Procedure 26(f), counsel for Direct Purchaser Plaintiffs DJ's Autobody, Inc. d/b/a Wheeler's Autobody Supply, Prevatte Auto Supply, Inc., Nu-Parts Automotive Products, Inc., Motoring Parts International, Inc. and Sioux Plating Co., counsel for Indirect Purchaser Plaintiffs Pete Sahagian, d/b/a Sahagian Auto Body II, Supreme Bodywerks, Inc., Trang Nguyen and Travis Burau, counsel for Plaintiff Sabry Lee, Inc., and counsel for Defendants Depo Auto Parts Industrial Co., Ltd., Maxzone Vehicle Lighting Corp., TYC Brother Industrial Co., Ltd., Genera Corp., Eagle Eyes Traffic Industrial Co., Ltd., and E-Lite Automotive, Inc. (collectively, the "Parties"), submit the following joint case management statement and discovery plan in the above-captioned case ("the Action").

## I. GENERAL

The Parties, by and through their respective counsel of record, conferred on June 2, 2009, to discuss the subjects identified in Federal Rule of Civil Procedure 26(f) and to attempt to agree so far as possible upon a discovery plan and other case management matters, as set forth in detail below.

## II. PLEADINGS AND PARTIES

The Department of Justice intervened and moved for a partial stay of discovery in this Action on March 23, 2009. On March 26, 2009, the Court granted the government's motion for a limited stay of discovery. On March 12, 2009, Defendants filed a motion to dismiss Sabry Lee, Inc.'s First Amended Complaint. On April 20, 2009, the Court denied Defendants' motion to dismiss.

Direct Purchaser Plaintiffs filed their Consolidated Class Action Complaint ("CCAC") on April 1, 2009. On May 22, 2009, defendants individually filed Answers and Affirmative Defenses to the Direct Purchaser Plaintiffs CCAC.

Indirect Purchaser Plaintiffs filed their Complaint on November 19, 2008. On May 22, 2009, Defendants filed a motion to dismiss the Indirect Purchaser Plaintiffs' Complaint. The motion is presently scheduled to be heard by this Court on July 6, 2009.

### III. COMPLEXITY OF CASE

In accordance with Local Rule 26-1, counsel for the Parties have discussed the complexity of this case. The Parties submit that this is a complex case and that certain procedures of the *Manual for Complex Litigation, Fourth* (2004) (such as §21 on class actions) may be useful for the management of this action.

### IV. EVIDENCE PRESERVATION

The Parties are aware of their obligation to preserve relevant evidence, including electronically stored information, and have taken steps to comply with their obligation. Direct Purchaser Plaintiffs sent Defendants a proposal for an electronic discovery protocol. The Parties have not yet reached an agreement, but will continue to meet and confer on this topic.

### V. ADDITIONAL PARTIES

The Parties have not agreed to a deadline for joining additional parties, and believe it will be more appropriate to set this date in conjunction with a discovery schedule, which will be determined after the stay is lifted. The Parties will meet and confer on this issue.

### VI. DISCOVERY PLAN

#### A. Disclosures

In order to avoid unnecessary delay, the Parties agreed to forego submitting initial disclosures pursuant to Federal Rule of Civil Procedure 26(a). The Parties agreed instead to respond promptly to initial discovery requests served pursuant to Federal Rules of Civil Procedure 33 and 34.

The Parties discussed the anticipated issue of translating responsive documents and the possibility of sharing translation costs. The Parties have not yet reached an agreement, but will continue to meet and confer on this topic.

#### B. Subjects on Which Discovery May Be Needed

On June 9, 2009, after review by the Department of Justice, Direct Purchaser Plaintiffs and Plaintiff Sabry Lee propounded limited written discovery requests to

defendants in accordance with the stay order. All Parties have agreed to produce responsive documents within the scope permitted by the stay order on a rolling basis.

### C. Discovery Schedule

The Parties agree that a discovery schedule is not necessary at this time due to the limited stay of discovery entered by the Court. The Parties agree to provide the Court with a discovery progress report at the October 22, 2009 status conference.

### D. Limitations

The Parties did not discuss the number of depositions, interrogatories or requests for admissions that would be appropriate in this Action, due to the discovery stay by the Court. The Parties will discuss this topic in conjunction with the negotiation of a discovery schedule after the stay is lifted.

### E. Electronic Data Documentation

In their June 9, 2009 discovery requests, Direct Purchaser Plaintiffs proposed a format for the production of electronic information. The Parties expect to meet and confer on this topic and the Parties anticipate that they will reach agreement on the format for producing electronic discovery.

## VII. PRIVILEGE ISSUES

The Parties are currently negotiating the terms of a proposed protective order pursuant to Federal Rule of Civil Procedure 26(c), that will protect the confidentiality of certain information produced in discovery. In the interim period before the order is agreed to and entered by the Court, the Parties have agreed to limit access to discovery materials.

## VIII. CLASS CERTIFICATION

The Court ordered a stay of class certification briefing.

## IX. DISPOSITIVE MOTIONS

Due to the stay order, it is premature to discuss the timing of any dispositive motions.

## X. TRIAL

This matter is appropriate for a jury trial. The Parties will propose a trial date after the discovery stay is lifted and a discovery schedule is agreed to.

## XI. SETTLEMENT

In accordance with Local Rule 16-15.4, the Parties submit that Settlement Procedure No. 3, a non-judicial dispute resolution proceeding, is the most appropriate mandatory settlement procedure for this case.

## XII. OTHER MATTERS

The Parties do not have any additional matters to raise at this time.

DATED: June 16, 2009

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
BONNY E. SWEENEY
KATHERINE A. MALCOLM

_____s/ Bonny E. Sweeney_____
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

TROUTMAN SANDERS LLP
JASON S. HARTLEY
550 West B Street, Suite 400
San Diego, CA  92101
Telephone:  619/235-4040
619/231-8796 (fax)

TROUTMAN SANDERS LLP
PAUL GALE
5 Park Plaza, Suite 1200
Irvine, CA  92614-8592
Telephone:  949/622-2700
949/622-2739 (fax)

HAUSFELD LLP
MICHAEL P. LEHMANN
JON T. KING
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  415/633-1908
415/358-4980 (fax)

| | |
|---|---|
| 1 | |
| 2 | HAUSFELD LLP<br>MICHAEL D. HAUSFELD |
| 3 | 1146 19th Street N.W., 5th Floor<br>Washington, DC  20036<br>Telephone:  202/579-1089 |
| 4 | 202/747-5713 (fax) |
| 5 | LABATON SUCHAROW LLP<br>JAY L. HIMES |
| 6 | HOLLIS L. SALZMAN<br>WILLIAM V. REISS |
| 7 | 140 Broadway, 34th Floor<br>New York, NY  10005 |
| 8 | Telephone:  212/907-0700<br>212/818-0477 (fax) |
| 9 | |
| | Plaintiffs' Interim Co-Lead Counsel |
| 10 | |
| | BOLOGNESE & ASSOCIATES, LLC |
| 11 | ANTHONY J. BOLOGNESE<br>Two Penn Center |
| 12 | 1500 JFK Boulevard, Suite 320<br>Philadelphia, PA  19102 |
| 13 | Telephone:  215/814-6750<br>215/814-6764 (fax) |
| 14 | |
| | COTCHETT, PITRE & McCARTHY |
| 15 | JOSEPH W. COTCHETT<br>NIALL P. McCARTHY |
| 16 | STEVEN N. WILLIAMS<br>San Francisco Airport Office Center |
| 17 | 840 Malcolm Road, Suite 200<br>Burlingame, CA  94010 |
| 18 | Telephone:  650/697-6000<br>650/697-0577 (fax) |
| 19 | |
| | FREED KANNER LONDON |
| 20 | & MILLEN LLC<br>DOUGLAS A. MILLEN |
| 21 | STEVEN A. KANNER<br>WILLIAM H. LONDON |
| 22 | 2201 Waukegan Road, Suite 130<br>Bannockburn, IL  60015 |
| 23 | Telephone:  224/632-4500<br>224/632-4519 (fax) |
| 24 | |
| | GOLDMAN, SCARLATO & |
| 25 | KARON, P.C.<br>DANIEL R, KARON |
| 26 | 55 Public Square, Suite 1500<br>Cleveland, OH  44113 |
| 27 | Telephone:  216/622-1851<br>216/622-1852 (fax) |
| 28 | |

|   |   |
|---|---|
| 1 | |
| 2 | GUSTAFSON GLUEK PLLC<br>JASON S. KILENE<br>650 Northstar East |
| 3 | 608 Second Avenue South<br>Minneapolis, MN  55402 |
| 4 | Telephone:  612/333-8844<br>612/339-6622 (fax) |
| 5 | |
| 6 | HEINS MILLS & OLSON, P.L.C.<br>VINCENT J. ESADES |
| 7 | 310 Clifton Avenue<br>Minneapolis, MN  55403<br>Telephone:  612/338-4605 |
| 8 | 612/338-4692 (fax) |
| 9 | KABATECK BROWN KELLNER LLP<br>BRIAN S. KABATECK |
| 10 | RICHARD L. KELLNER<br>MICHAEL V. STORTI |
| 11 | 644 South Figueroa Street<br>Los Angeles, CA  90017 |
| 12 | Telephone:  213/217-5000<br>213/217-5010 (fax) |
| 13 | |
| 14 | KAPLAN FOX & KILSHEIMER LLP<br>LORI S. BRODY<br>JUSTIN B. FARAR |
| 15 | 1801 Century Park East, Suite 1460<br>Los Angeles, CA  90067 |
| 16 | Telephone:  310/785-0800<br>310/785-0897 (fax) |
| 17 | |
| 18 | KAPLAN FOX & KILSHEIMER LLP<br>LAURENCE D. KING<br>LINDA M. FONG |
| 19 | 350 Sansome Street, Suite 400<br>San Francisco, CA  94104 |
| 20 | Telephone:  415/772-4700<br>415/772-4707 (fax) |
| 21 | |
| 22 | KAPLAN FOX & KILSHEIMER LLP<br>ROBERT N. KAPLAN |
| 23 | 850 Third Avenue, 14th Floor<br>New York, NY  10022<br>Telephone:  212/687-1980 |
| 24 | 212/687-7714 (fax) |
| 25 | KREINDLER & KREINDLER LLP<br>MARK LABATON |
| 26 | 707 Wilshire Blvd.<br>Los Angeles, CA  90067 |
| 27 | Telephone:  213/622-6469<br>213/622-6019 (fax) |
| 28 | |

|    |    |
|----|----|
| 1  | McCARTHY & KELLY LLP |
| 2  | GERALD T. McCARTHY |
|    | 52 Duane Street, 7th Floor |
| 3  | New York, NY  10007 |
|    | Telephone:  212/732-6000 |
| 4  | 212/732-6323 (fax) |
| 5  | MILBERG LLP |
|    | JEFF S. WESTERMAN |
| 6  | 300 South Grand Avenue, Suite 3900 |
|    | Los Angeles, CA  90071 |
| 7  | Telephone:  213/617-1200 |
|    | 213/617-1975 (fax) |
| 8  |    |
|    | ROSENBERG, SHPALL & |
| 9  |   ASSOCIATES, APLC |
|    | TOMAS A. SHPALL |
| 10 | 401 B Street, Suite 2209 |
|    | San Diego, CA  92101 |
| 11 | Telephone:  619/232-1826 |
|    | 619/232-1859 (fax) |
| 12 |    |
|    | STEYER LOWENTHAL BOODROOKAS |
| 13 |   ALVAREZ & SMITH LLP |
|    | ALLAN STEYER |
| 14 | One California Street, 3rd Floor |
|    | San Francisco, CA  94111 |
| 15 | Telephone:  415/421-3400 |
|    | 415/421-2234 (fax) |
| 16 |    |
|    | VICKERS, RIIS, MURRAY AND |
| 17 |   CURRAN, LLC |
|    | M. STEPHEN DAMPIER |
| 18 | 106 St. Francis Street, Suite 1100 |
|    | Mobile, AL  36602 |
| 19 | Telephone:  251/432-9772 |
|    | 251/432-9781 (fax) |
| 20 |    |
|    | ZELLE HOFMANN VOELBEL |
| 21 |   & MASON LLP |
|    | CRAIG C. CORBITT |
| 22 | FRANCIS O. SCARPULLA |
|    | HENRY A. CIRILLO |
| 23 | 44 Montgomery Street, Suite 3400 |
|    | San Francisco, CA  94104 |
| 24 | Telephone:  415/693-0700 |
|    | 415/693-0770 (fax) |
| 25 |    |
|    | Additional Counsel for Plaintiffs |
| 26 |    |
| 27 |    |
| 28 |    |

- 7 -

| | | |
|---|---|---|
| 1 | DATED:  June 16, 2009 | JONES DAY<br>ERIC P. ENSON<br>JEFFREY A. LEVEE<br>KATHLEEN P. WALLACE |

_____s/ Eric P. Enson_____<br>
ERIC P. ENSON

555 South Flower Street<br>
50th Floor<br>
Los Angeles, CA  90071<br>
Telephone:  213/489-3939<br>
213/243-2539 (fax)

ORRICK, HERRINGTON &<br>
  SUTCLIFFE LLP<br>
STEPHEN V. BOMSE<br>
DAVID BROWNSTEIN<br>
The Orrick Building<br>
405 Howard Street<br>
San Francisco, CA  94105<br>
Telephone:  415/773-5700<br>
415/773-5759 (fax)

MORGAN, LEWIS & BOCKIUS LLP<br>
JOHN M. BOYLSTON<br>
ANDREA SHERIDAN ORDIN<br>
300 South Grand Avenue<br>
22nd Floor<br>
Los Angeles, CA  90071-3132<br>
Telephone:  213/612-2500<br>
213/612-2554 (fax)

MORGAN, LEWIS & BOCKIUS LLP<br>
THOMAS J. LANG<br>
PETER HALLE<br>
1111 Pennsylvania Avenue, N.W.<br>
Washington, DC  20004<br>
Telephone:  202/739-5256<br>
202/739-3001 (fax)

Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED: June 16, 2009 | HENNIGAN, BENNETT & DORMAN LLP |
| 2 | | RODERICK G. DORMAN |
| 3 | | JAMES P. HABEL |
| | | DONALD F. WOODS, JR. |

                                             s/ Roderick G. Dorman
                                                    RODERICK G. DORMAN

865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017
Telephone: 213/694-1200
213/694-1234 (fax)

MILLER LAW LLC
MARVIN A. MILLER
LORI A. FANNING
MARGARET MULLIN WEEMS
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: 312/332-3400
312/676-2676 (fax)

Attorneys for Indirect Purchaser Plaintiffs

DATED: June 16, 2009

BLECHER & COLLINS
MAXWELL M. BLECHER

                                             s/ Maxwell M. Blecher
                                             MAXWELL M. BLECHER

515 S. Figueroa Street
Suite 1750
Los Angeles, CA 90071
Telephone: 213/622-4222
213/622-1656(fax)

GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone: 415/972-8160
415/972-8166 (fax)

Attorneys for Plaintiffs Sabry Lee, Inc.

S:\CasesSD\Aftermarket Lighting Products\CMS00060011.doc

- 9 -

1                                        <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on June 16, 2009, I electronically filed the foregoing with
3 the Clerk of the Court using the CM/ECF system which will send notification of such
4 filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and
5 I hereby certify that I have mailed the foregoing document or paper via the United
6 States Postal Service to the non-CM/ECF participants indicated on the attached
7 Manual Notice List.

8        I certify under penalty of perjury under the laws of the United States of America
9 that the foregoing is true and correct. Executed on June 16, 2009.

                                                   <u>s/ Bonny E. Sweeney</u>
                                                   BONNY E. SWEENEY

                                                   COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP
                                                   655 West Broadway, Suite 1900
                                                   San Diego, CA 92101-3301
                                                   Telephone: 619/231-1058
                                                   619/231-7423 (fax)
                                                   E-mail: bonnys@csgrr.com

## Mailing Information for a Case 2:09-ml-02007-GW-PJW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Maxwell M Blecher**
  mblecher@blechercollins.com

- **Stephen V Bomse**
  sbomse@orrick.com,dcroyle@orrick.com,swestrich@orrick.com,clubiszewski@orrick.com

- **John M Boylston**
  jboylston@morganlewis.com

- **Lori S Brody**
  lbrody@kaplanfox.com,kweiland@kaplanfox.com,mgallagher@kaplanfox.com,agutierrez@kaplanfox.com

- **Henry A Cirillo**
  hcirillo@zelle.com,rnewman@zelle.com

- **Craig C Corbitt**
  ccorbitt@zelle.com

- **Roderick G Dorman**
  DormanR@hbdlawyers.com,effnere@hbdlawyers.com,mccorryl@hbdlawyers.com

- **Eric P Enson**
  epenson@jonesday.com

- **Lori A Fanning**
  lfanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **James P Habel**
  habelj@hbdlawyers.com

- **Jason S Hartley**
  jason.hartley@troutmansanders.com

- **Michael D Hausfeld**
  mhausfeld@hausfeldllp.com

- **Jay L Himes**
  jhimes@labaton.com

- **Jon T King**
  jking@hausfeldllp.com,dbone@hausfeldllp.com

- **Susan G Kupfer**
  skupfer@glancylaw.com

-11-

- **Jeffrey A LeVee**
  jlevee@jonesday.com,mespelage-alvarez@jonesday.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com

- **Michael P Lehmann**
  mlehmann@hausfeldllp.com

- **Jacklin Chou Lem**
  jacklin.lem@usdoj.gov

- **Katherine Anne Malcolm**
  kmalcolm@csgrr.com,mbacci@csgrr.com,e_file_sd@csgrr.com

- **Brigid S Martin**
  brigid.martin@usdoj.gov,liliana.vallejo@usdoj.gov

- **Marvin A Miller**
  mmiller@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Courtney A Palko**
  cpalko@blechercollins.com

- **Jayne A Peeters**
  jpeeters@steyerlaw.com

- **Hilary K Ratway**
  hratway@hausfeldllp.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Francis O Scarpulla**
  fscarpulla@zelle.com

- **Allan Steyer**
  jpeeters@steyerlaw.com,asteyer@steyerlaw.com

- **Bonny E Sweeney**
  bonnys@csgrr.com

- **Kathleen P Wallace**
  kwallace@jonesday.com

- **Margaret Mullin Weems**
  mweems@millerlawllc.com

- **Donald F Woods , Jr**
  woodsd@hbdlawyers.com,wonga@hbdlawyers.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore

-12-

require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jason M Lindner**
Troutman Sanders LLP
550 West B Street  Suite 400
San Diego, CA 92101-3599

CM/ECF - California Central District                                                Page 3 of 3

Case 2:09-ml-02007-GW -PJW   Document 66   Filed 06/16/09   Page 14 of 16   Page ID
                                       #:699

-13-

**SUPPLEMENTAL MAILING SERVICE LIST**

-14-

Thomas J. Lang
Peter Halle
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
202/739-5225
202/739-3001 (fax)

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA  19102
215/814-6750
215/814-6764 (fax)

Joseph W. Cotchett
Niall P. McCarthy
Steven N. Williams
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
650/697-6000
650/697-0577 (fax)

Douglas A. Millen
Steven A. Kanner
William H. London
FREED KANNER LONDON
    & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
224/632-4500
224/632-4519 (fax)

Daniel R. Karon
GOLDMAN, SCARLATO &
    KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH  44113
216/622-1851
216/622-1852 (fax)

Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
612/333-8844
612/339-6622 (fax)

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN  55403
612/338-4605
612/338-4692 (fax)

Brian S. Kabateck
Richard L. Kellner
Michael V. Storti
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA  90017
213/217-5000
213/217-5010 (fax)

| | |
|---|---|
| Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>212/687-1980<br>212/687-7714 (fax) | Laurence D. King<br>Linda M. Fong<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA  94104<br>415/772-4700<br>415/772-4707 (fax) |
| Mark I. Labaton<br>KREINDLER & KREINDLER LLP<br>707 Wilshire Blvd., Suite 4100<br>Los Angeles, CA  90067<br>213/622-6469<br>213/622-6019 (fax) | Gerald T. McCarthy<br>McCARTHY & KELLY LLP<br>52 Duane Street, 7th Floor<br>New York, NY  10007<br>212/732-6000<br>212/732-6323 (fax) |
| Jeff S. Westerman<br>MILBERG LLP<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA  90071<br>213/617-1200<br>213/617-1975 (fax) | Tomas A. Shpall<br>ROSENBERG, SHPALL &<br>   ASSOCIATES, APLC<br>401 B Street, Suite 2209<br>San Diego, CA  92101<br>619/232-1826<br>619/232-1859 (fax) |
| Paul Gale<br>TROUTMAN SANDERS LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA  92614-8592<br>949/622-2700<br>949/622-2739 (fax) | M. Stephen Dampier<br>VICKERS, RIIS, MURRAY AND<br>   CURRAN, LLC<br>106 St. Francis Street, Suite 1100<br>Mobile, AL  36602<br>251/432-9772<br>251/432-9781 (fax) |