STEPHEN V. BOMSE (SBN 40686)
sbomse@orrick.com
DAVID C. BROWNSTEIN (SBN 141929)
dbrownstein@orrick.com
ERIC M. HAIRSTON (SBN 229892)
ehairston@orrick.com
DEBORAH CROYLE (SBN 246000)
dcroyle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
DEPO AUTO PARTS INDUSTRIAL CO., LTD.
and MAXZONE VEHICLE LIGHTING CORP.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | 09-ML-2007 GW PJWx<br><br>**JOINT STIPULATION FOR [PROPOSED] PRE-TRIAL SCHEDULING ORDER PURSUANT TO MAY 3, 2010 CONFERENCE** |

Pursuant to the Court's instructions during the May 3, 2010 conference, the parties to the class case and the Sabry Lee case respectfully submit the following proposed pre-trial schedule:[1]

| Date | Class Case | Sabry Lee Case |
|---|---|---|
| April 23, 2010 | Transaction data produced by this date. | Same. |
| April 30, 2010 | Meet and confer on transaction data completed by this date. | Same. |
| July 16, 2010 | Full and complete class cert motion and expert report due. | -- |
| Oct. 1, 2010 | Defendants' opposition to class cert and expert report due. | -- |
| November 15, 2010 | Plaintiffs' reply papers in support of class cert due. | -- |
| November 29, 2010 | Hearing on class certification motion. | |

---

[1] This proposed schedule is based on Defendants' representation in the Supplemental Memorandum Regarding Entry of Joint Proposed Scheduling Order filed February 6, 2009, footnote 2, that letters rogatory would not be necessary for discovery of Defendants and that the F.R.C.P. would apply to discovery of the Defendants. This schedule also assumes no further delays of civil discovery due to the Department of Justice. The schedule is also based on Class Plaintiffs' representation that Plaintiffs' class certification motion and expert report will be a full and complete motion and expert report, and that Plaintiffs' reply brief and any associated rebuttal expert report on class certification will be limited, in good faith, to issues of true reply.

| Date | | |
|---|---|---|
| Date TBD | Following the Court's order on the class certification motion, the Court will hold a scheduling conference to set the schedule for the completion of this litigation. | |
| January 31, 2011 | Private mediation to be completed by this date. | Private mediation to be completed by this date. |
| January 31, 2011 | | Close of fact discovery. |
| February 25, 2011 | | Plaintiff's expert reports and all associated materials due. |
| March 15, 2011 | Close of fact discovery. | |
| March 25, 2011 | | Defendants' expert report(s) and all associated materials due. |
| April 7, 2011 | | Plaintiff's reply expert report(s) and all associated materials due. |
| April 28, 2011 | | Dispositive motions due. |
| May 20, 2011 | | Opposition papers to dispositive motions due. |
| May 27, 2011 | | Reply papers in support of |

JOINT STIPULATION FOR [PROPOSED] PRE-TRIAL
SCHEDULING ORDER: 09-ML-2007 GW- PJWx

| | | |
|---|---|---|
| | | dispositive motions due. |
| June 9, 2011 | | Hearing on dispositive motions. |
| June 17, 2011 | | Daubert motions, motions *in limine* due. |
| July 1, 2011 | | Opposition papers to Daubert motions, motions *in limine* due. |
| July 8, 2011 | | Reply briefs in support of Daubert motions, motions *in limine* due. |
| July 12, 2011 | | Pretrial conference. |
| July 19, 2011 | | Trial date. |

Respectfully submitted,

Dated: May 6, 2010     By:   /s/ Stephen V. Bomse
Stephen V. Bomse
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
DEPO AUTO PARTS INDUSTRIAL CO.
and MAXZONE VEHICLE LIGHTING
CORP.

```
 1                              By:    /s/ Thomas J. Lang
                                Thomas J. Lang
 2                              MORGAN LEWIS & BOCKIUS
                                1111 Pennsylvania Avenue N.W.
 3                              Washington, DC 20004-2541
                                Telephone: (202) 739-3000
 4                              Facsimile: (202) 739-3001
 5
                                Attorneys for Defendants
 6                              TYC BROTHER INDUSTRIAL CO., LTD.
                                and GENERA CORPORATION
 7
 8
 9                              By:    /s/ Eric P. Enson
                                Eric P. Enson
10                              JONES DAY
                                555 South Flower Street
11                              Fiftieth Floor
                                Los Angeles, CA 90071-2300
12                              Telephone: (213) 489-3939
                                Facsimile: (213) 243-2539
13
14
                                Attorneys for Defendants
15                              EAGLE EYES TRAFFIC INDUSTRIAL CO.,
                                LTD. and E-LITE AUTOMOTIVE
16
17
18                              By:    /s/ Jason S. Hartley
                                Jason S. Hartley
19                              STUEVE SIEGEL HANSON LLP
                                550 West C. Street, Suite 610
20                              San Diego, California 92101
                                Telephone: (619) 400-5822
21                              Facsimile: (619) 400-5832
22
                                Bonny Sweeney
23                              ROBBINS GELLER RUDMAN & DOWD,
                                LLP
24                              655 West Broadway, Suite 1900
25                              San Diego, California 92101
                                Telephone: (619) 231-1058
26                              Facsimile: (619) 231-7423
27
                                Michael P. Lehmann
28                              HAUSFELD LLP
```

```
 1                                  44 Montgomery Street, Suite 3400
                                    San Francisco, CA 94104
 2                                  Telephone: (415) 633-1908
                                    Facsimile: (415) 358-4980
 3
 4                                  Jay L. Himes
                                    LABATON SUCHAROW LLP
 5                                  140 Broadway
                                    New York, New York 10005
 6                                  Telephone: (212) 907-0700
                                    Facsimile: (212) 818-0477
 7
 8                                  Interim Co-Lead Counsel for
                                    CLASS PLAINTIFFS
 9                                  By: /s/ Maxwell M. Blecher
                                    BLECHER & COLLINS P.C.
10                                  515 S. Figueroa St., Suite 1750
                                    Los Angeles, CA 90071
11                                  Telephone: (213) 622-4222
                                    Facsimile: (213) 622-1656
12
13                                  Counsel for Plaintiff
                                    SABRY LEE, INC.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

– 5 –   JOINT STIPULATION FOR [PROPOSED] PRE-TRIAL
SCHEDULING ORDER: 09-ML-2007 GW- PJWx