**DENIED**

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | Case No. 09-ML-2007 GW (PJWx)<br><br>Assigned for all purposed to The Honorable George Wu<br><br>**ORDER ON DEFENDANTS TYC BROTHER INDUSTRIAL CO., LTD.'S AND GENERA CORPORATION'S *EX PARTE* APPLICATION FOR A CONTINUANCE OF THE NOVEMBER 4, 2010 HEARING AND FOR A BRIEFING SCHEDULE** |

**DENIED**

BY ORDER OF THE COURT

1   This Court, having considered Defendants' *Ex Parte* Application for an order
2   for a continuance of the November 4, 2010 hearing, at 8:30 a.m., and for a briefing
3   schedule, and for good cause shown, orders as follows:
4   **IT IS HEREBY ORDERED THAT** Defendants' *Ex Parte* Application is
5   **GRANTED**. Defendants are to file a response to Westminster's Supplemental
6   Memorandum no later than Monday, November 15, 2010; Westminster's reply, if
7   any, will be due no later than Monday, November 22, 2010. This matter will be
8   heard on Monday, December 6, 2010 at 8:30 a.m.

11  **IT IS SO ORDERED**.

**DENIED**

14  Dated: November 3, 2010          BY ORDER OF THE COURT
                                     The Honorable George Wu
                                     UNITED STATES DISTRICT
                                     COURT JUDGE