STEPHEN V. BOMSE (SBN 40686)
sbomse@orrick.com
DAVID C. BROWNSTEIN (SBN 141929)
dbrownstein@orrick.com
ERIC M. HAIRSTON (SBN 229892)
ehairston@orrick.com
CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendants
DEPO AUTO PARTS INDUSTRIAL CO., LTD. AND
MAXZONE VEHICLE LIGHTING CORP.

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | 09-ML-2007 GW PJWx<br>**AMENDED JOINT STIPULATION REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

## JOINT STIPULATION

Direct Purchaser Plaintiffs and Defendants Eagle Eyes Traffic Industrial Co., Ltd., E-Lite Automotive, Inc., Maxzone Vehicle Lighting Corp., Depo Auto Parts Industrial Co., TYC Brother Industrial Company, LTD., and Genera Corporation (collectively "Defendants") hereby submit this stipulation regarding the briefing schedule to Direct Purchaser Plaintiffs' Motion for Class Certification.

WHEREAS, Plaintiffs filed their motion for class certification on September 27, 2010;

WHEREAS, on December 6, 2010, the parties previously stipulated to continue the dates for Defendants' opposition to Plaintiffs' motion, Plaintiffs' reply to their motion, and the hearing on Plaintiffs' motion;

WHEREAS, on December 9, 2010, the Court entered an order entering the parties' stipulation;

WHEREAS, Defendants' opposition to Plaintiffs motion for class certification would be due on January 7, 2011;

WHEREAS, Plaintiffs' reply to their motion for class certification would be due on February 18, 2011;

WHEREAS, the hearing for Plaintiffs' motion for class certification is set for February 24, 2011;

WHEREAS, the parties are currently cooperating with each other regarding the scheduling of the deposition of Plaintiffs' expert witness;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants may file their opposition to Plaintiffs' motion for class certification on or before February 23, 2011;

2. Plaintiffs may file their reply in support of their motion for class certification on or before April 6, 2011;

3. The hearing on Plaintiffs' motion for class certification shall be set on

1  a date convenient for the Court; and

2      4.    Defendants will file a joint opposition no more than 50 pages in length.

3  A proposed order is attached.

4  Respectfully submitted,

Dated: January , 2011        By:   /s/ David C. Brownstein
David C. Brownstein
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendants
DEPO AUTO PARTS INDUSTRIAL CO. and MAXZONE VEHICLE LIGHTING CORP.

Dated: January , 2011        By: /s/ Thomas J. Lang
Thomas J. Lang
MORGAN LEWIS & BOCKIUS
1111 Pennsylvania Avenue N.W.
Washington, DC 20004-2541
Telephone: +1-202-739-3000
Facsimile: +1-202-739-3001

Attorneys for Defendants
TYC BROTHER INDUSTRIAL CO., LTD. and GENERA CORPORATION

Dated: January , 2011        By:
Shari Mulrooney Wollman
MANATT PHELPS & PHILLIPS LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: +1-310-312-4000
Facsimile: +1-310-312-4224

Attorneys for Defendants
EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD. and E-LITE AUTOMOTIVE

1  a date convenient for the Court; and

2      4.    Defendants will file a joint opposition no more than 50 pages in length.

3  A proposed order is attached.

4  Respectfully submitted,

Dated: January  , 2011    By:   /s/ David C. Brownstein
    David C. Brownstein
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
    San Francisco, CA  94105-2669
    Telephone:  +1-415-773-5700
    Facsimile:  +1-415-773-5759

Attorneys for Defendants
DEPO AUTO PARTS INDUSTRIAL CO. and MAXZONE VEHICLE LIGHTING CORP.

Dated: January  , 2011    By: _____
    Thomas J. Lang
    MORGAN LEWIS & BOCKIUS
    1111 Pennsylvania Avenue N.W.
    Washington, DC 20004-2541
    Telephone:  +1-202-739-3000
    Facsimile:  +1-202-739-3001

Attorneys for Defendants
TYC BROTHER INDUSTRIAL CO., LTD. and GENERA CORPORATION

Dated: January 5, 2011    By: /s/ Shari Mulrooney Wollman
    Shari Mulrooney Wollman
    MANATT PHELPS & PHILLIPS LLP
    11355 West Olympic Blvd.
    Los Angeles, CA 90064
    Telephone:  +1-310-312-4000
    Facsimile:  +1-310-312-4224

Attorneys for Defendants
EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD. and E-LITE AUTOMOTIVE

```
 1   Dated: January  , 2011        By: /s/ Jason S. Hartley
 2                                      Jason S. Hartley
                                        STUEVE SIEGEL HANSON LLP
 3                                      550 West C. Street, Suite 610
                                        San Diego, California 92101
 4                                      Telephone:   +1-619-400-5822
                                        Facsimile:   +1-619-400-5832
 5
                                        Bonny Sweeney
 6                                      ROBBINS GELLER RUDMAN &
                                        DOWD, LLP
 7                                      655 West Broadway, Suite 1900
                                        San Diego, California 92101
 8                                      Telephone:   +1-619-231-1058
                                        Facsimile:   +1-619-231-7423
 9
                                        Michael P. Lehmann
10                                      HAUSFELD LLP
                                        44 Montgomery Street, Suite 3400
11                                      San Francisco, CA 94104
                                        Telephone:   +1-415-633-1908
12                                      Facsimile:   +1-415-358-4980
13                                      Jay L. Himes
                                        LABATON SUCHAROW LLP
14                                      140 Broadway
                                        New York, New York 10005
15                                      Telephone:   +1-212-907-0700
                                        Facsimile:   +1-212-818-0477
16
                                        Interim Co-Lead Counsel for
17                                      CLASS PLAINTIFFS
```