1 STUEVE SIEGEL HANSON LLP
Jason S. Hartley (SBN No. 192514)
2 Jason M. Lindner (SBN No. 211451)
550 West C Street, Suite 610
3 San Diego, CA 92101
Telephone:  (619) 400-5822
4 Facsimile:   (619) 400-5832
Email:  hartley@stuevesiegel.com
5           lindner@stuevesiegel.com

6 *Direct Purchaser Plaintiffs' Interim
Co-Lead Counsel*

7 *[See Additional Counsel on Signature Page]*

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12

13 | IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | 09-ml-2007 GW (PJWx) |
|---|---|

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH DEFENDANTS DEPO AUTO PARTS INDUSTRIAL CO. LTD. AND MAXZONE VEHICLE LIGHTING CORP.**

18  **TO:  THE COURT AND ALL PARTIES AND THEIR ATTORNEYS**

19  **OF RECORD IN THIS ACTION:**

20          Direct Purchaser Plaintiffs ("DPPs") hereby advise the Court that a

21 settlement has been reached with Defendants Depo Auto Parts Industrial Co. Ltd.

22 and Maxzone Vehicle Lighting Corp. ("Depo" and "Maxzone", respectively).  The

23 settling parties are in the process of finalizing a settlement agreement. Once that is

24 completed, a motion for preliminary approval will be promptly submitted to the

25 Court.  Based on this development, the DPPs understand that the remaining

26 Defendants believe the current schedule for certification of a litigated class should

27 be modified to provide them more time.  The DPPs are attempting to reach an

28

1

1   agreement with the remaining Defendants regarding a new proposed schedule,
2   which will be submitted to the Court shortly.

3

4   Dated:  January 28, 2011                              Respectfully submitted,
5

6                                            By:    _____
7                                                   Jason S. Hartley
                                                    Jason M. Lindner
8                                                   STUEVE SIEGEL HANSON LLP
                                                    550 West C Street, Suite 610
9                                                   San Diego, CA 92101
                                                    Telephone:  (619) 400-5822
                                                    Facsimile:   (619) 400-5832
10
                                                    ROBBINS GELLER RUDMAN &
11                                                  DOWD, LLP
                                                    Bonny Sweeney
12                                                  655 West Broadway, Suite 1900
                                                    San Diego, CA 92101
13                                                  Telephone: (619) 231-1058
                                                    Facsimile: (619) 231-7423
14
                                                    HAUSFELD LLP
15                                                  Michael P. Lehmann
                                                    Jon T. King
16                                                  44 Montgomery Street, Suite 3400
                                                    San Francisco, CA 94104
17                                                  Telephone: (415) 633-1908
                                                    Facsimile: (415) 358-4980
18
                                                    LABATON SUCHAROW LLP
19                                                  Jay L. Himes
                                                    Hollis L. Salzman
20                                                  William V. Reiss
                                                    140 Broadway
21                                                  New York, New York 10005
                                                    Telephone: (212) 907-0700
22                                                  Facsimile: (212) 818-0477

23                                                  *Direct Purchaser Plaintiffs' Interim*
                                                    *Co-Lead Counsel*
24

25

26

27

28