1  MANATT, PHELPS & PHILLIPS, LLP
   Matthew P. Kanny (CA 167118)
2  mkanny@manatt.com
   Yi-Chin Ho (CA 204834)
3  yho@manatt.com
   Shari Mulrooney Wollman (CA 137142)
4  swollman@manatt.com
   Joanna Rosen (CA 244943)
5  jrosen@manatt.com
   11355 W. Olympic Boulevard
6  Los Angeles, California 90064
   (310) 312-4000 Telephone
7  (310) 312-4224 Facsimile

8  *Attorneys for Defendants*
   E-Lite Automotive, Inc. & Eagle Eyes Traffic Industrial
9  Co., Ltd.

10 *Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | Case No. CV 09-ML-2007 GW (PJWx)<br><br>And Related Case *Sabry Lee, Inc. v. Genera Corp.*, 08-05758 GW (PJWx)<br><br>JOINT STIPULATION MODIFYING PRE-TRIAL SCHEDULE |

# JOINT STIPULATION

Pursuant to Local Rule 7-1 of the United States District Court for the Central District of California, Defendants Eagle Eyes Traffic Industrial Co. Ltd. and E-Lite Automotive, Inc., TYC Brother Industrial Co., Ltd., Genera Corporation, Depo Auto Parts Industrial Co., Ltd. and Maxzone Vehicle Lighting Corp., and Sabry Lee Inc. ("Sabry Lee") (collectively, "Defendants"), the putative class plaintiffs ("Plaintiffs") in *In re Aftermarket Automotive Lighting Products Antitrust Litig.*, 09-ML-2007 ("the Class Case"), and Sabry Lee as plaintiff in *Sabry Lee, Inc. v. Genera Corp. et al.*, 08-05758 GW (PJWx) ("the Sabry Lee Case"), submit this Joint Stipulation to Modify the Court's May 17, 2010, Scheduling Order, Docket No. 131, ("May 2010 Order") and the Court's December 9, 2010, "Order Granting Stipulation Regarding Class Certification," Docket Nos. 223, 224 ("December 2010 Order").

## RECITALS RELATING TO THE CLASS CASE – 09-MDL-2007

WHEREAS, Plaintiffs filed their Motion for Class Certification on September 27, 2010 ("Plaintiff's Class Cert Motion");

WHEREAS, Defendants' opposition to Plaintiff's Motion for Class Certification was due on January 7, 2011, pursuant to the December 2010 Order;

WHEREAS, Defendants and Plaintiffs reached an agreement that Defendants' opposition would not be due on January 7, 2011, and would instead be due on February 23, 2011;

WHEREAS, on January 28, 2011, Plaintiffs filed notice (the "Notice") informing the Court that a settlement (the "Depo Settlement") had been reached with Defendants Depo Auto Parts Industrial Co., Ltd. and Maxzone Vehicle Lighting Corp. (collectively, "Depo"), and that once the settlement agreement was finalized, Plaintiffs intended to submit a motion for preliminary approval. [Docket No. 233]. The Notice further stated that Plaintiffs understood that the remaining Defendants believe that the current schedule for certification of a litigated class

1  should be modified to provide them more time;

2  WHEREAS, on January 21, 2011, to facilitate giving notice of the Depo Settlement to class members, Plaintiffs served discovery requests on Defendants seeking, in a searchable electronic format, documents sufficient to show the name, customer number, address, telephone number and email address, if known, of each Person who directly purchased Auto Lights from each of the Defendants during the period July 29, 2001 through February 10, 2009 ("Plaintiffs' Discovery Request");

WHEREAS, Defendants are willing to provide the information sought by Plaintiffs' Discovery Request on or before February 18, 2011, which – if produced in a form usable for its intended purpose – should enable Plaintiffs to serve papers seeking preliminary approval of the Depo Settlement on or about February 28, 2011;

WHEREAS, if approved by the Court, the Depo Settlement will moot the need for Depo to oppose Plaintiffs' Class Cert Motion, which will adversely impact the remaining Defendants' opposition thereto, as Defendants had planned to file a joint brief in opposition to Plaintiffs' Class Cert Motion and the previous division of labor amongst the co-Defendants will have to be altered and shared by the non-settling Defendants;

WHEREAS, as a result of the Depo Settlement, the delay in the deposition of Plaintiffs' expert witness and the imminent filing of Plaintiffs' preliminary approval motion, Defendants Eagle Eyes Traffic Industrial Co. Ltd., E-Lite Automotive, Inc., TYC Brother Industrial Co., Ltd., and Genera Corporation require more time to adequately prepare for the deposition of Plaintiffs' expert and oppose Plaintiffs' Class Certification Motion;

### RECITALS RELATING TO THE SABRY LEE CASE – 08-CV-05758

WHEREAS, pursuant to this Court's May 17, 2010, Order, fact discovery is to close on January 31, 2011;

WHEREAS, Defendants have noticed thirteen (13) depositions to take place

by January 31, 2011;

WHEREAS, twelve (12) of these depositions are of non-parties served by third party subpoenas pursuant to Rule 45 of the Federals Rule of Civil Procedure;

WHEREAS, several of these depositions are noticed to take place outside of the District;

WHEREAS, most of these non-party deponents have contacted defense counsel and asked to reschedule their depositions to a date *after* the current fact discovery cut-off;

WHEREAS, accommodating these non-party deponents' requests would require Defendants and Sabry Lee to take these depositions after the current fact discovery cut-off;

WHEREAS, extending the current fact discovery cut-off by approximately six-weeks to accommodate these non-party deponents' schedules and requests would adversely impact Defendants' and Sabry Lee's ability to meet the remaining deadlines in May 2010 Order;

WHEREAS, the May Order setting dates in the Sabry Lee case was entered *before* current counsel for Defendants Eagle Eyes Traffic Industrial Co. Ltd. and E-Lite Automotive, Inc., Manatt, Phelps & Phillips, LLP, substituted into the case and became counsel of record, [Docket Nos. 165, 167];

WHEREAS, given the complexity and nature of the claims and defenses at issue, the current May Order does not provide sufficient time between deadlines for the Court and Sabry Lee and Defendants to meaningfully comply with the Federal Rules of Civil Procedure and the Local Rules of this Court;

WHEREAS, this is the first extension of time requested by Defendants and Sabry Lee in the Sabry Lee case since it was filed in 2008 and this request has not been made for an improper purpose, such as delay, but for the sole purpose of completing discovery and effectively and efficaciously preparing the case for trial; and

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO the following amendments to the May 2010 and December 2010 Order:

| Current Deadline | New Proposed Deadline | Class Case (09-ML-2007 GW (PJWx)) | Sabry Lee Case (08-CV- 05758 GW (PJWx)) |
|---|---|---|---|
| February 23, 2011[1] | April 25, 2011[2] | Defendants' opposition to class cert and expert report due | N/A |
| April 6, 2011[3] | June 6, 2011 | Plaintiffs' reply papers in support of class cert due | N/A |
| TBD by agreement of Plaintiffs and Defendants[4] | At earliest convenient date for Court | Hearing on class certification | N/A |
| TBD | TBD | Scheduling Conference[5] | N/A |
| January 31, 2011 | March 16, 2011 | N/A | Close of fact discovery |
| January 31, 2011 | March 25, 2011 | Private mediation to be completed by this date | Private mediation to be completed by this date |

---

[1] Pursuant to the December 2010 Order, the deadline for Defendants' Opposition had been January 7, 2011, [Docket Nos. 223, 224], but Plaintiffs and Defendants had later agreed to extend this date to February 23, 2011.

[2] This deadline is based on Plaintiffs' agreement to produce their expert for oral deposition on or before April 1, 2011.

[3] Pursuant to the December 2010 Order, the deadline for Plaintiffs' Reply had been February 18, 2011, [Docket Nos. 223, 224], but Plaintiffs and Defendants agreed to extend this deadline to April 6, 2011.

[4] Pursuant to the December 2010 Order, the Hearing on Plaintiffs' Class Cert Motion was set for February 28, 2011, [Docket Nos. 223, 224], but Plaintiffs and Defendants agreed to extend this deadline to a date to be determined.

[5] The May 2010 Order states: "Following the Court's order on the class certification motion, the Court will hold a schedule conference to set the schedule for the completion of this litigation."

| Current Deadline | New Proposed Deadline | Class Case (09-ML-2007 GW (PJWx)) | Sabry Lee Case (08-CV- 05758 GW (PJWx)) |
|---|---|---|---|
| February 25, 2011 | April 29, 2011 | N/A | Plaintiff's expert reports and all associated materials due |
| March 15, 2011 | TBD (*see* fn 4) | Close of fact discovery | N/A |
| March 25, 2011 | June 10, 2011 | N/A | Defendants' expert report and all associated materials due |
| N/A | March 28, 2011 to April 1 (Exact Date(s) TBD) | Deposition of Plaintiffs' expert | N/A |
| April 7, 2011 | July 8, 2011 | N/A | Plaintiff's reply expert report(s) and all associated materials due |
| April 28, 2011 | August 1, 2011 | N/A | Dispositive Motions due |
| May 20, 2011 | August 22, 2011 | N/A | Opposition papers to dispositive Motions due |
| May 27, 2011 | September 6, 2011 | N/A | Reply papers in support of dispositive Motions due |
| June 9, 2011 | September 22, 2011 | N/A | Hearing on dispositive Motions |
| June 17, 2011 | October 3, 2011 | N/A | Daubert motions, motions *in limine* due |
| July 1, 2011 | October 17, 2011 | N/A | Opposition papers to Daubert motions, motions *in limine* due |

| Current Deadline | New Proposed Deadline | Class Case (09-ML-2007 GW (PJWx)) | Sabry Lee Case (08-CV- 05758 GW (PJWx)) |
|---|---|---|---|
| July 8, 2011 | October 31, 2011 | N/A | Reply briefs in support of Daubert motions, motions *in limine* due |
| July 12, 2011 at 8:30 a.m. | November 14, 2011 at 8:30 a.m. | N/A | Pretrial conference |
| July 13, 2011 at 9:00 a.m. | November 29, 2011 at 9:00 a.m.[6] | N/A | Trial date |

Pursuant to Local Rule 7-1, a Proposed Order complying with Local Rule 52-4.1 is filed concurrently herewith.

Respectfully submitted,

Dated: February 3, 2011    By: /s/ Shari Mulrooney Wollman
Shari Mulrooney Wollman
MANATT PHELPS & PHILLIPS LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:   +1-310-312-4000
Facsimile:    +1-310-312-4224

Attorneys for Defendants
EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD. and E-LITE AUTOMOTIVE

Dated: February 2, 2011    By: /s/ Thomas J. Lang /BMH
Thomas J. Lang
MORGAN LEWIS & BOCKIUS
1111 Pennsylvania Avenue N.W.
Washington, DC 20004-2541
Telephone:   +1-202-739-3000
Facsimile:    +1-202-739-3001

Attorneys for Defendants
TYC BROTHER INDUSTRIAL CO., LTD. and GENERA CORPORATION

---

[6] Defendants currently estimate the trial will last three to four (3 to 4) weeks.

| | | |
|---|---|---|
| 1 | Dated: ~~January~~ February 3, 2011 | By: /s/ David C. Brownstein |
| 2 | | David C. Brownstein |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | 405 Howard Street |
| | | San Francisco, CA 94105-2669 |
| 4 | | Telephone: +1-415-773-5700 |
| | | Facsimile: +1-415-773-5759 |
| 5 | | |
| 6 | | Attorneys for Defendants |
| | | DEPO AUTO PARTS INDUSTRIAL CO. |
| | | and MAXZONE VEHICLE LIGHTING |
| 7 | | CORP. |
| 8 | Dated: February , 2011 | By: _____ |
| 9 | | Jason S. Hartley |
| | | STUEVE SIEGEL HANSON LLP |
| | | 550 West C. Street, Suite 610 |
| 10 | | San Diego, California 92101 |
| | | Telephone: +1-619-400-5822 |
| 11 | | Facsimile: +1-619-400-5832 |
| 12 | | Bonny Sweeney |
| | | ROBBINS GELLER RUDMAN & |
| 13 | | DOWD, LLP |
| | | 655 West Broadway, Suite 1900 |
| 14 | | San Diego, California 92101 |
| | | Telephone: +1-619-231-1058 |
| 15 | | Facsimile: +1-619-231-7423 |
| 16 | | Michael P. Lehmann |
| | | HAUSFELD LLP |
| 17 | | 44 Montgomery Street, Suite 3400 |
| | | San Francisco, CA 94104 |
| 18 | | Telephone: +1-415-633-1908 |
| | | Facsimile: +1-415-358-4980 |
| 19 | | |
| 20 | | Jay L. Himes |
| | | LABATON SUCHAROW LLP |
| | | 140 Broadway |
| 21 | | New York, New York 10005 |
| | | Telephone: +1-212-907-0700 |
| 22 | | Facsimile: +1-212-818-0477 |
| 23 | | Interim Co-Lead Counsel for |
| | | CLASS PLAINTIFFS |

| | | |
|---|---|---|
| 1 | Dated: February___, 2011 | By: _____<br>David C. Brownstein<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1-415-773-5700<br>Facsimile: +1-415-773-5759<br><br>Attorneys for Defendants<br>DEPO AUTO PARTS INDUSTRIAL CO. and MAXZONE VEHICLE LIGHTING CORP. |
| 8 | Dated: February 2, 2011 | By: _____<br>Jason S. Hartley<br>STUEVE SIEGEL HANSON LLP<br>550 West C. Street, Suite 610<br>San Diego, California 92101<br>Telephone: +1-619-400-5822<br>Facsimile: +1-619-400-5832<br><br>Bonny Sweeney<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: +1-619-231-1058<br>Facsimile: +1-619-231-7423<br><br>Michael P. Lehmann<br>HAUSFELD LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: +1-415-633-1908<br>Facsimile: +1-415-358-4980<br><br>Jay L. Himes<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>Telephone: +1-212-907-0700<br>Facsimile: +1-212-818-0477<br><br>Interim Co-Lead Counsel for<br>CLASS PLAINTIFFS |

Dated: February 2, 2011

By: /s/ Maxwell M. Blecher
Maxwell M. Blecher
John E. Andrews
BLECHER & COLLINS, P.C.
515 S. Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: + 1-213-622-4222
Facsimile: +1-213-622-1656
Attorneys for Plaintiff and Defendants
SABRY LEE, INC.