1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  BONNY E. SWEENEY (176174)
   THOMAS R. MERRICK (177987)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  bonnys@rgrdlaw.com
   tmerrick@rgrdlaw.com
6  proach@rgrdlaw.com

7  STUEVE SIEGEL HANSON, LLP
   JASON S. HARTLEY (192514)
8  JASON M. LINDNER (211451)
   550 West C Street, Suite 610
9  San Diego, CA  92101
   Telephone:  619/400-5822
10 619/400-5832 (fax)
   hartley@stuevesiegel.com

11
   Plaintiffs' Interim Co-Lead Counsel
12
   [Additional counsel appear on signature page.]

13                    UNITED STATES DISTRICT COURT
14                   CENTRAL DISTRICT OF CALIFORNIA
15                            WESTERN DIVISION

16 | In re AFTERMARKET AUTOMOTIVE ) | No. 2:09-ml-02007-GW(PJWx)
17 | LIGHTING PRODUCTS ANTITRUST )
   | LITIGATION                  ) | APPLICATION FOR LEAVE TO
18 | _____ ) | WITHDRAW THE APPEARANCE OF
                                    PAULA M. ROACH AS COUNSEL
19                                  FOR DIRECT PURCHASER
                                    PLAINTIFFS

607237_1

Pursuant to California Central District local rule 83-2.9.2.1, Direct Purchaser Plaintiffs hereby apply for leave for Paula M. Roach to withdraw her appearance on their behalf.  This application is precipitated by Ms. Roach's departure from the law firm of Robbins Geller Rudman & Dowd LLP.  Bonny E. Sweeney and Thomas R. Merrick of Robbins Geller Rudman & Dowd LLP have previously appeared as counsel for and will continue to represent Direct Purchaser Plaintiffs in this action.

DATED:  February 4, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
THOMAS R. MERRICK
PAULA M. ROACH

s/ Paula M. Roach
PAULA M. ROACH

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

STUEVE SIEGEL HANSON, LLP
JASON S. HARTLEY
JASON M. LINDNER
550 West C Street, Suite 610
San Diego, CA  92101
Telephone:  619/400-5822
619/400-5832 (fax)

HAUSFELD LLP
MICHAEL P. LEHMANN
JON T. KING
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  415/633-1908
415/358-4980 (fax)

HAUSFELD LLP
MICHAEL D. HAUSFELD
HILARY K. RATWAY
1700 K Street NW, Suite 650
Washington, DC  20006
Telephone:  202/579-1089
202/747-5713 (fax)

607237_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LABATON SUCHAROW LLP
JAY L. HIMES
HOLLIS L. SALZMAN
WILLIAM V. REISS
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Plaintiffs' Interim Co-Lead Counsel

- 2 -

607237_1

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2011.

        s/ Paula M. Roach
       PAULA M. ROACH

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    proach@rgrdlaw.com

-3-

607237_1

# Mailing Information for a Case 2:09-ml-02007-GW -PJW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michelle Akerman**
  makerman@steyerlaw.com

- **Donald Amamgbo**
  donald@amamgbolaw.com

- **Arthur N Bailey**
  abailey@hausfeldllp.com

- **Maxwell M Blecher**
  mblecher@blechercollins.com,whsu@blechercollins.com

- **Stephen V Bomse**
  sbomse@orrick.com,clubiszewski@orrick.com

- **Lori S Brody**
  lbrody@kaplanfox.com,kweiland@kaplanfox.com

- **David C Brownstein**
  dbrownstein@orrick.com,tchurch@orrick.com

- **Craig C Corbitt**
  ccorbitt@zelle.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Stephen Dampier**
  stevedampier@dampierlaw.com,karenwatkins@dampierlaw.com

- **Roderick G Dorman**
  DormanR@hbdlawyers.com,effnere@hbdlawyers.com,mccorryl@hbdlawyers.com

- **Robert G Eisler**
  reisler@gelaw.com

- **Lori A Fanning**
  lfanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **James P Habel**
  habelj@hbdlawyers.com

- **Eric M Hairston**
  ehairston@orrick.com

- **Jason S Hartley**
  hartley@stuevesiegel.com,dmillen@fklmlaw.com,glover@stuevesiegel.com,blondon@fklmlaw.com

- **Michael D Hausfeld**
  mhausfeld@hausfeldllp.com

- **Jay L Himes**
  jhimes@labaton.com

- **Yi-Chin Ho**
  yho@manatt.com,ybinder@manatt.com,sakim@manatt.com,bscoggins@manatt.com,mkanny@manatt.com

- **Brian Ming Hom**
  bhom@morganlewis.com

- **Robert N Kaplan**
  rkaplan@kaplanfox.com

- **Jason S Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Jon T King**
  jking@hausfeldllp.com

- **Susan G Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com

- **Thomas J Lang**
  tlang@morganlewis.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com

- **Michael P Lehmann**
  mlehmann@hausfeldllp.com

- **Jacklin Chou Lem**
  jacklin.lem@usdoj.gov

- **Jason M Lindner**
  lindner@stuevesiegel.com,dirks@stuevesiegel.com,glover@stuevesiegel.com,hanson@stuevesiegel.com

- **Catherine Y Lui**
  clui@orrick.com

- **Brigid S Martin**
  brigid.martin@usdoj.gov,liliana.vallejo@usdoj.gov

- **Stuart H McCluer**
  smccluer@mcculleymccluer.com

- **Thomas R Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marvin A Miller**
  mmiller@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Courtney A Palko**

-5-

cpalko@blechercollins.com

- **Jayne A Peeters**
  jpeeters@steyerlaw.com

- **Hilary K Ratway**
  hratway@hausfeldllp.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Paula M Roach**
  proach@csgrr.com,proach@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joanna Rosen**
  jrosen@manatt.com

- **Francis O Scarpulla**
  fscarpulla@zelle.com

- **Christina Liza Sein**
  csein@morganlewis.com,shinojosa@morganlewis.com

- **Eyitayo O St Matthew-Daniel**
  tstmatthew-daniel@morganlewis.com

- **David W Stanley**
  davids@cuneolaw.com

- **Allan Steyer**
  lrorem@steyerlaw.com,jpeeters@steyerlaw.com,asteyer@steyerlaw.com

- **Holly Stirling**
  hstirling@steyerlaw.com

- **Bonny E Sweeney**
  bonnys@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Reginald Terrell**
  reggiet2@aol.com

- **Jon A Tostrud**
  jtostrud@cuneolaw.com

- **Shari Mulrooney Wollman**
  Swollman@manatt.com,eembray@manatt.com,dmorris@manatt.com

- **Donald F Woods , Jr**
  woodsd@hbdlawyers.com,wonga@hbdlawyers.com

- **Jason A Zweig**
  jzweig@kaplanfox.com

**Manual Notice List**

-6-

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Matthew P Kanny**
Manatt Phelps & Phillips
113355 West Olympic Boulevard
Los Angeles, CA 90064

**Margaret Mullin Weems**
Miller Law LLC
115 S LaSalle Street  Ste 2910
Chicago, IL 60603

-7-