Jon A. Tostrud (CA Bar No. 199502)
jtostrud@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
1901 Avenue of the Stars
Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1620
Facsimile: (310) 461-1621

Jonathan W. Cuneo
David W. Stanley
davids@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

*Counsel for Movant Westminster Mutual Insurance Company*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE: AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Civil No. 09-ML-2007 GW PJW<br><br>**WESTMINSTER MUT. INS. CO.'S NOTICE OF LODGING PROPOSED MODIFIED PROTECTIVE ORDER**<br><br>Court: Hon. George H. Wu |

Intervenor Westminster Mutual Insurance Company ("Westminster") hereby gives notice of lodging the attached Proposed Modified Protective Order.

The Court previously granted Westminster's motion to intervene and ruled that it would issue a modified protective order. (Dkt. No. 207). Westminster lodged such a proposed order on

No. 09-ML-2007-GW
WESTMINSTER'S NOTICE OF
LODGING PROPOSED ORDER                    1

November 5, 2011. (Dkt. No. 206). Defendants noted certain objections to the proposed order. (Dkt. Nos. 213 and 215). Westminster filed a response in which it indicated it had no objection to the Court modifying the proposed order to take into account Defendants' objections. (Dkt. No. 218). Since that time no action has been taken with respect to Westminster's proposed order. Accordingly, Westminster lodges herewith a new, amended version of the Proposed Modified Protective Order that deletes the provisions that Defendants found objectionable, and requests that the Court sign the order at its earliest convenience.

Respectfully submitted,

WESTMINSTER MUTUAL INSURANCE COMPANY,

By its attorneys,

Dated: February 7, 2011

/s/ Jon A. Tostrud
Jon A. Tostrud (CA Bar No. 199502)
jtostrud@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
1901 Avenue of the Stars
Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1620
Facsimile: (310) 461-1621

Jonathan W. Cuneo
David W. Stanley
davids@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I filed the foregoing Westminster Mutual Insurance Company's Notice of Lodging Proposed Modified Protective Order with the Court's ECF System, which will give notice to all counsel of record registered with the ECF System.

/s/   Jon A. Tostrud
JON A. TOSTRUD