MANATT, PHELPS & PHILLIPS, LLP
Matthew P. Kanny (CA 167118)
mkanny@manatt.com
Yi-Chin Ho (CA 204834)
yho@manatt.com
Shari Mulrooney Wollman (CA 137142)
swollman@manatt.com
Joanna Rosen (CA 244943)
jrosen@manatt.com
11355 W. Olympic Boulevard
Los Angeles, California 90064
(310) 312-4000 Telephone
(310) 312-4224 Facsimile

*Attorneys for Defendants*
E-Lite Automotive, Inc. & Eagle Eyes Traffic Industrial Co., Ltd.

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION**. | 09-ML-2007 GW (PJWx)<br><br>JOINT STIPULATION MODIFYING CERTAIN PRE-TRIAL DATES RELATING TO CLASS CERTIFICATION ONLY |

## JOINT STIPULATION

Pursuant to Local Rule 7-1 of the United States District Court for the Central District of California, Defendants Eagle Eyes Traffic Industrial Co. Ltd. and E-Lite Automotive, Inc., TYC Brother Industrial Co., Ltd., Genera Corporation, Depo Auto Parts Industrial Co., Ltd. and Maxzone Vehicle Lighting Corp., and Sabry Lee Inc. ("Sabry Lee") (collectively, "Defendants"), the putative class plaintiffs ("Plaintiffs") in *In re Aftermarket Automotive Lighting Products Antitrust Litig.*, 09-ML-2007 ("the Class Case"), submit this Joint Stipulation to Modify the Court's

February 7, 2011 Order Granting Joint Stipulation Modifying Pre-Trial Schedule in the following respects, due to the fact that, as a result of recent developments, and pursuant to the agreement of the parties, the deposition of Plaintiffs' expert, Dr. Russell Lamb, will not commence until April 19, 2011. As a result, Defendants require sufficient additional time thereafter to prepare their Opposition to Plaintiffs' Motion for Class Certification.

The parties are mindful that in its February 7, 2011 Order the Court noted there would be "no further continuances." However, two circumstances support this short (three week) schedule extension. First, Dr. Lamb is unexpectedly in the midst of changing employers and is in the process of finding new office space, and then moving offices and files. In addition, Plaintiffs counsel in the class action just received earlier this week a copy of documents produced in response to Defendants' subpoena in the coordinated *Sabry Lee* action by a third-party distributor of aftermarket autolights. That production -- on the order of 70,000 pages -- appears to Plaintiffs to potentially be relevant to matters raised on Plaintiffs' class certification motion, and to Defendants' intended deposition of Plaintiffs' expert, Dr. Lamb, which had been set for March 29, 2011. Plaintiffs' counsel and their expert need an opportunity to review this non-party material prior to Dr. Lamb's deposition, and given difficulties re-scheduling the deposition until April 19, 2011, request this three-week extension on the class certification proceedings.

As such, the parties hereby stipulate and agree to the following amendments to the February 7, 2011 Order:

/ / /

/ / /

/ / /

| Current Deadline | New Proposed Deadline | Class Case (09-ML-2007 GW (PJWx)) |
|---|---|---|
| April 25, 2011 | May 16, 2011 | Defendants' opposition to class cert and expert report due |
| June 6, 2011 | June 27, 2011 | Plaintiffs' reply papers in support of class cert due |

Pursuant to Local Rule 7-1, a Proposed Order complying with Local Rule 52-4.1 is filed concurrently herewith.

Respectfully submitted,

Dated: March 25, 2011

By:  /s/
Shari Mulrooney Wollman
MANATT PHELPS & PHILLIPS LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:    +1-310-312-4000
Facsimile:    +1-310-312-4224

Attorneys for Defendants
EAGLE EYES TRAFFIC INDUSTRIAL CO.. LTD. and E-LITE AUTOMOTIVE

Dated: March 25, 2011

By:  /s/
Thomas J. Lang
MORGAN LEWIS & BOCKIUS
1111 Pennsylvania Avenue N.W.
Washington, DC 20004-2541
Telephone:    +1-202-739-3000
Facsimile:    +1-202-739-3001

Attorneys for Defendants
TYC BROTHER INDUSTRIAL CO., LTD. and GENERA CORPORATION

| | | |
|---|---|---|
| 1 | Dated: March 25, 2011 | By: /s/ |
| 2 | | David C. Brownstein |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | 405 Howard Street |
| 4 | | San Francisco, CA 94105-2669 |
| | | Telephone: +1-415-773-5700 |
| 5 | | Facsimile: +1-415-773-5759 |
| 6 | | Attorneys for Defendants |
| | | DEPO AUTO PARTS INDUSTRIAL CO. |
| 7 | | and MAXZONE VEHICLE LIGHTING CORP. |
| 10 | Dated: March 25, 2011 | By: /s/ |
| | | Jason S. Hartley |
| 11 | | STUEVE SIEGEL HANSON LLP |
| | | 550 West C. Street, Suite 610 |
| 12 | | San Diego, California 92101 |
| | | Telephone: +1-619-400-5822 |
| 13 | | Facsimile: +1-619-400-5832 |
| 14 | | Bonny Sweeney |
| | | ROBBINS GELLER RUDMAN & DOWD, LLP |
| 15 | | 655 West Broadway, Suite 1900 |
| 16 | | San Diego, California 92101 |
| | | Telephone: +1-619-231-1058 |
| 17 | | Facsimile: +1-619-231-7423 |
| 18 | | Michael P. Lehmann |
| | | HAUSFELD LLP |
| 19 | | 44 Montgomery Street, Suite 3400 |
| | | San Francisco, CA 94104 |
| 20 | | Telephone: +1-415-633-1908 |
| | | Facsimile: +1-415-358-4980 |
| 22 | | Jay L. Himes |
| | | LABATON SUCHAROW LLP |
| | | 140 Broadway |
| 23 | | New York, New York 10005 |
| | | Telephone: +1-212-907-0700 |
| 24 | | Facsimile: +1-212-818-0477 |
| 25 | | Interim Co-Lead Counsel for CLASS PLAINTIFFS |

| | | |
|---|---|---|
| 1 | Dated: March 25, 2011 | By__/s/_____<br>Maxwell M. Blecher |
| 2 | | BLECHER & COLLINS, P.C.<br>515 S. Figueroa Street, 17th Floor |
| 3 | | Los Angeles, California 90071<br>Telephone: + 1-213-622-4222 |
| 4 | | Facsimile: +1-213-622-1656 |
| 5 | | Attorneys for Plaintiff and Defendants<br>SABRY LEE. INC. |