1 THOMAS J. LANG (admitted *pro hac vice*)
  MORGAN, LEWIS & BOCKIUS, LLP
2 1111 Pennsylvania Avenue, NW
  Washington, DC 20004
3 T: 202.739.3000
  F: 202.739.3001
4 Email: tlang@morganlewis.com

5 Attorneys for Defendants
  TYC BROTHER INDUSTRIAL CO., LTD. AND
6 GENERA CORPORATION

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

| 11 | IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | Case No. 09-ml-2007 GW (PJWx) Case No. 08-CV-5758 GW (PJWx) |
|---|---|---|
| | This document relates to: | **JOINT STIPULATION TO EXTEND THE DISCOVERY CUT-OFF AS TO THE DEPOSITION OF PRICEWATERHOUSECOOPERS** |
| | *Sabry Lee, Inc. v. Genera et al., 08-CV-5758 GW (PJWx)* | |

## JOINT STIPULATION

Pursuant to Local Rule 7-1 of the United States District Court for the Central District of California, Defendants Eagle Eyes Traffic Industrial Co. Ltd., E-Lite Automotive, Inc., TYC Brother Industrial Co., Ltd., Genera Corporation, Depo Auto Parts Industrial Co., Ltd., and Maxzone Vehicle Lighting Corp. (collectively, Defendants) and Plaintiff Sabry Lee, Inc. ("Sabry Lee") submit this Joint Stipulation to Extend the Discovery Cut-off as to the Deposition of PricewaterhouseCoopers. The requested extension seeks a limited modification of this Court's March 21, 2011 Order (Docket No. 261[1]), which amended the February 7, 2011 Order (Docket No. 237).

## I.    INTRODUCTORY RECITALS

WHEREAS, Sabry Lee and Defendants have asked the Court to extend or otherwise modify the discovery scheduling order in this case only twice before (*See* Docket Nos. 234, 260);

WHEREAS, the Parties' agreed-to extension of the discovery cut-off as to the deposition of PricewaterhouseCoopers ("PWC") will neither adversely affect nor otherwise alter the remaining dates in the Scheduling Order.

## II.   EXTENSION OF THE DISCOVERY CUT-OFF TO ACCOMMODATE THE LIMITED, OUTSTANDING DISCOVERY OF PWC

WHEREAS, the current discovery cut-off for the deposition of PWC is April 19, 2011;

WHEREAS, Defendants Eagle Eyes Traffic Industrial Co. Ltd. and E-Lite Automotive, Inc., properly served non-party PWC with a subpoena *duces tecum* and a deposition subpoena pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, on February 28, 2011;

WHEREAS, on or about March 22, 2011, pursuant to the subpoena *duces*

---

[1] As discovery in this action has been coordinated with the associated class case, for consistency, all docket entries reference the docket in 09-ml-2007 GW (PJWx).

1  *tecum,* PWC produced over 6,000 pages of documents;

2  WHEREAS, appearing for an oral deposition during tax season would be
3  burdensome on PWC's professionals;

4  WHEREAS, PWC was not available until the week of April 25, 2011;

5  WHEREAS, the deposition of PWC is currently set for April 26, 2011;

6  WHEREAS, Defendants have been preparing for and will be taking the
7  deposition of Russell L. Lamb, Ph.D., Direct Purchasers Plaintiffs' expert witness
8  in the related action (09-ml-2007), on April 19, 2011;

9  WHEREAS, the Parties have been preparing for and will be participating in a
10 mediation in the instant action (08-cv-5758) on April 20, 2011;

11 WHEREAS, the discovery cut-off as to Johnson Tsai, Tony To, and Sabry
12 Lee's Rule 30(b)(6) witness is not until May 18, 2011;

13 BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AS
14 FOLLOWS:

15 The discovery cut-off shall be extended to April 29, 2011, for the purposes of
16 taking the deposition of PWC.

17 The discovery cut-off for any follow-up discovery resulting from PWC's
18 deposition shall be June 8, 2011.

19 Any motion to compel PWC's deposition or to resolve any disputes resulting
20 from or arising from PWC's deposition (including any follow-up discovery) shall
21 be heard on or before July 18, 2011. The Parties shall have until June 10, 2011, to
22 initiate their Local Rule 37-1 meet and confer, and until June 27, 2011, to file a
23 joint stipulation pursuant to Local Rule 37-2 with regard to: (a) compelling PWC's
24 deposition; and/or (b) resolving any disputes pertaining to PWC's deposition,
25 including but not limited to any follow-up discovery resulting from PWC's
26 deposition. The above dates are the same dates that the Court has previously
27 ordered with regards to the deposition of Johnson Tsai, Tony To, and Sabry Lee's
28 Rule 30(b)(6) witness. (*See* Docket No. 261.)

Accordingly, the remainder of the schedule in this case shall remain unchanged and be as follows:

| Deadline | Sabry Lee Case (08-CV- 05758 GW (PJWx)) |
|---|---|
| April 19, 2011 | Private mediation to be completed by this date. |
| April 29, 2011 | Plaintiff's expert reports and all associated materials due |
| June 10, 2011 | Defendants' expert report and all associated materials due |
| July 8, 2011 | Plaintiff's reply expert report(s) and all associated materials due |
| August 1, 2011 | Dispositive Motions due |
| August 22, 2011 | Opposition papers to dispositive Motions due |
| September 6, 2011 | Reply papers in support of dispositive Motions due |
| September 22, 2011 | Hearing on dispositive Motions |
| October 3, 2011 | Daubert motions, motions *in limine* due |
| October 17, 2011 | Opposition papers to Daubert motions, motions *in limine* due |
| October 31, 2011 | Reply briefs in support of Daubert motions, motions *in limine* due |
| November 14, 2011 at 8:30 a.m. | Pretrial conference |
| November 29, 2011 at 9:00 a.m. | Trial date |

Pursuant to Local Rule 7-1, a Proposed Order complying with Local Rule 52-4.1 is filed concurrently herewith.

Dated: April 18, 2011

By: *Matthew P. Kanny /BMH*
Matthew P. Kanny
MANATT PHELPS & PHILLIPS LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:   +1-310-312-4000
Facsimile:    +1-310-312-4224

Attorneys for Defendants
EAGLE EYES TRAFFIC INDUSTRIAL CO., LTD. and E-LITE AUTOMOTIVE

| | | |
|---|---|---|
| 1 | Dated: April 18, 2011 | By: /s/ Thomas J. Lang /BMH |
| 2 | | Thomas J. Lang |
| | | MORGAN LEWIS & BOCKIUS |
| 3 | | 1111 Pennsylvania Avenue N.W. |
| | | Washington, DC 20004-2541 |
| 4 | | Telephone: +1-202-739-3000 |
| | | Facsimile: +1-202-739-3001 |
| 5 | | |
| | | Attorneys for Defendants |
| 6 | | TYC BROTHER INDUSTRIAL CO., LTD. and GENERA CORPORATION |

Dated: April 18, 2011    By: /s/ David C. Brownstein /BMH

David C. Brownstein
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendants
DEPO AUTO PARTS INDUSTRIAL CO. and MAXZONE VEHICLE LIGHTING CORP.

Dated: April ____, 2011    By: _____

Maxwell M. Blecher
John E. Andrews
BLECHER & COLLINS, P.C.
515 S. Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: + 1-213-622-4222
Facsimile: +1-213-622-1656
Attorneys for Plaintiff and Defendants
SABRY LEE, INC.

Dated: April ____, 2011

By: _____
Thomas J. Lang
MORGAN LEWIS & BOCKIUS
1111 Pennsylvania Avenue N.W.
Washington, DC 20004-2541
Telephone:   +1-202-739-3000
Facsimile:    +1-202-739-3001

Attorneys for Defendants
TYC BROTHER INDUSTRIAL CO., LTD. and GENERA CORPORATION

Dated: April ____, 2011

By: _____
David C. Brownstein
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendants
DEPO AUTO PARTS INDUSTRIAL CO. and MAXZONE VEHICLE LIGHTING CORP.

Dated: April __, 2011

By: _____
Maxwell M. Blecher
John E. Andrews
BLECHER & COLLINS, P.C.
515 S. Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: +1-213-622-4222
Facsimile: +1-213-622-1656

Attorneys for Plaintiff and Defendants
SABRY LEE, INC.

5     JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF