ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
jcaringal@rgrdlaw.com

STUEVE SIEGEL HANSON, LLP
JASON S. HARTLEY (192514)
550 West C Street, Suite 1750
San Diego, CA  92101
Telephone:  619/400-5822
619/400-5832 (fax)
hartley@stuevesiegel.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION | No. 2:09-ml-02007-GW(PJWx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF EAGLE EYES SETTLEMENT AND PLAN OF ALLOCATION<br><br>DATE: January 6, 2014<br>TIME: 8:30 a.m.<br>CTRM: 10<br>JUDGE: Judge Hon. George H. Wu |

896544_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 6, 2014, at 8:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 10 of the above-entitled Court, located at 312 N. Spring St., Los Angeles, California 90012, before the Honorable George H. Wu, United States District Judge, Plaintiffs will, and hereby do move this Court for an order granting their motion for final approval of the settlement with Defendants Eagle Eyes Traffic Industrial Co., Ltd., and E-Lite Automotive, Inc. (collectively, "Eagle Eyes").

This Motion is based on this Notice; the accompanying Memorandum of Points and Authorities in support thereof; the Declaration of Bonny E. Sweeney in support thereof ("Sweeney Decl."); the Declaration of Jennifer M. Keough Regarding Notice Dissemination and Claims Administration (Eagle Eyes Settlement); the pleadings filed in connection with Plaintiffs' Motion for Preliminary Approval, including the Settlement Agreement with Eagle Eyes (Dkt. No. 636-1, Ex. A); all other pleadings and matters of record; and upon such other and further evidence and argument as may be presented to the Court at the time of the hearing.

DATED: November 27, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY
JENNIFER N. CARINGAL

s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

STUEVE SIEGEL HANSON, LLP
JASON S. HARTLEY
550 West C Street, Suite 1750
San Diego, CA 92101
Telephone: 619/400-5822
619/400-5832 (fax)

- 1 -

896544_1

HAUSFELD LLP
MICHAEL P. LEHMANN
ARTHUR N. BAILEY, JR.
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: 415/633-1908
415/358-4980 (fax)

HAUSFELD LLP
MICHAEL D. HAUSFELD
HILARY K. RATWAY
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: 202/579-1089
202/747-5713 (fax)

LABATON SUCHAROW LLP
JAY L. HIMES
MATTHEW PEREZ
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for the Class

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 27, 2013.

          s/ Bonny E. Sweeney
          BONNY E. SWEENEY

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:      bonnys@rgrdlaw.com

896544_1

# Mailing Information for a Case 2:09-ml-02007-GW-PJW Aftermarket Automotive Lighting Products Antitrust Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Donald Amamgbo**
  donald@amamgbolaw.com

- **John E Andrews**
  jandrews@blechercollins.com

- **Arthur N Bailey**
  abailey@hausfeldllp.com

- **Maxwell M Blecher**
  mblecher@blechercollins.com,jludwig@blechercollins.com,jarbucci@blechercollins.com

- **Jennifer N Caringal**
  jcaringal@rgrdlaw.com

- **Peter J Carney**
  pcarney@whitecase.com

- **Craig C Corbitt**
  ccorbitt@zelle.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Sandra Watson Cuneo**
  scuneo@cuneolaw.com,dgorlov@cuneolaw.com

- **Stephen M Dampier**
  stevedampier@dampierlaw.com,april.baria@dampierlaw.com

- **Roderick G Dorman**
  rdorman@mckoolsmithhennigan.com,eeffner@mckoolsmithhennigan.com,zhall@mckoolsmithhennigan.com

- **Robert G Eisler**
  reisler@gelaw.com

- **Lori A Fanning**
  KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **James P Habel**
  habelj@hbdlawyers.com

- **Peter E Halle**
  phalle@morganlewis.com

- **Jason S Hartley**
  hartley@stuevesiegel.com,dmillen@fklmlaw.com,glover@stuevesiegel.com,blondon@fklmlaw.com

- **Michael D Hausfeld**
  mhausfeld@hausfeldllp.com

- **Jay L Himes**
  jhimes@labaton.com,dleifer@labaton.com

- **Yi-Chin Ho**
  yichin.ho@lw.com,cathy.molina@lw.com

- **Brian Ming Hom**
  bhom@morganlewis.com

- **Herman J Hoying**
  hhoying@morganlewis.com

- **Aaron Alexander Kahn**
  aakahn@whitecase.com,pcarney@washdc.whitecase.com,rmccall@whitecase.com,charlesmoore@washdc.whitecase.com

- **Matthew P Kanny**
  Mkanny@manatt.com,bscoggins@manatt.com

- **Robert N Kaplan**
  rkaplan@kaplanfox.com

- **Jason S Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Susan G Kupfer**
  skupfer@glancylaw.com,jbarton@glancylaw.com,sfreception@glancylaw.com

- **Thomas J Lang**
  tlang@morganlewis.com

- **Christopher L Lebsock**
  clebsock@hausfeldllp.com

- **Michael P Lehmann**
  mlehmann@hausfeldllp.com

- **Jacklin Chou Lem**
  jacklin.lem@usdoj.gov,jennie.ngo-tanaka@usdoj.gov

- **Jason M Lindner**
  lindner@stuevesiegel.com,glover@stuevesiegel.com,hanson@stuevesiegel.com

- **Kelsey Catherine Linnett**
  kelsey.linnett@usdoj.gov,jennie.ngo-tanaka@usdoj.gov

- **Brigid S Martin**
  brigid.martin@usdoj.gov

- **Stuart H McCluer**
  smccluer@mcculleymccluer.com

- **Thomas R Merrick**
  tmerrick@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marvin A Miller**
  KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Charles Christopher Moore**
  charlesmoore@whitecase.com

- **Jeremy Kent Ostrander**
  jostrander@whitecase.com,agoodall@whitecase.com

- **Courtney A Palko**
  cpalko@blechercollins.com

- **Howard J Parker**
  Howard.Parker@usdoj.gov

- **William P Quinn , Jr**
  wquinn@morganlewis.com

- **Hilary K Ratway**
  hratway@hausfeldllp.com

- **Kent M Roger**
  kroger@morganlewis.com,mnaranjo@morganlewis.com,hhoying@morganlewis.com,cholsome@morganlewis.com

- **Joanna Rosen**
  joanna.rosen@lw.com,alice.pai@lw.com,#sflitigationservices@lw.com

- **Francis O Scarpulla**
  fscarpulla@zelle.com

- **Eyitayo O St Matthew-Daniel**
  tstmatthew-daniel@morganlewis.com

- **David W Stanley**
  davids@cuneolaw.com

- **Allan Steyer**
  lrorem@steyerlaw.com,asteyer@steyerlaw.com

- **Holly Stirling**
  hstirling@steyerlaw.com

- **Bonny E Sweeney**
  bonnys@rgrdlaw.com,slandry@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Willard K Tom**
  wtom@morganlewis.com

- **Jon A Tostrud**
  jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

- **Shari Mulrooney Wollman**
  Swollman@manatt.com,eembray@manatt.com

- **Donald F. Woods , Jr**
  dwoods@mckoolsmithhennigan.com,awong@mckoolsmithhennigan.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michelle            Akerman
Steyer Lowenthal Boodrookas Alvarez & Smith
One California Street  Suite 300
San Francisco, CA 94111

Margaret            Mullin Weems
Miller Law LLC
115 S LaSalle Street  Ste 2910
Chicago, IL 60603
```