STUEVE SIEGEL HANSON LLP
Jason S. Hartley (SBN No. 192514)
550 West C Street, Suite 1750
San Diego, CA 92101
Telephone:  (619) 400-5822
Facsimile:   (619) 400-5832

*Attorneys for Direct Purchaser Plaintiffs*

*See Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE AFTERMARKET AUTOMOTIVE LIGHTING PRODUCTS ANTITRUST LITIGATION** | Case No. 09-ml-2007 GW (PJWx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH DEFENDANTS: (1) TYC BROTHER INDUSTRIAL CO., LTD.; AND (2) GENERA CORPORATION**<br><br>New Date:   January 6, 2014<br>Time:             8:30 a.m.<br>Courtroom:   10<br>Hon. George H. Wu |

PLEASE TAKE NOTICE that on January 6, 2014, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable George H. Wu, in Courtroom 10 of the above-entitled Court, located in the Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA 90012, Direct Purchaser Plaintiffs ("DPPs") will, and hereby do, move this Court for and order granting Preliminary Approval of Settlement with Defendants TYC Brother Industrial Co. Ltd. and Genera Corporation ("TYC/Genera").

1  This motion is made on the grounds that the settlement reached between Plaintiffs and TYC/Genera is not only fair, reasonable and adequate to the Class Members, but further, is a highly favorable resolution of this complex litigation.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declarations of Jason S. Hartley and Jennifer Keough filed herewith.  This motion is further based on all oral and documentary evidence that may be presented at the time of hearing.

Dated: December 16, 2013              Respectfully submitted,

By:   s/ Jason S. Hartley
Jason S. Hartley
**STUEVE SIEGEL HANSON LLP**
550 West C Street, Suite 1750
San Diego, CA 92101
Telephone:    (619) 400-5822
Facsimile:     (619) 400-5832

Michael P. Lehmann
Arthur Bailey, Jr.
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

Bonny E. Sweeney
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Jay L. Himes
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Counsel for the Direct Purchaser Plaintiff Class*